CHARLES GIUMARRA, PLAINTIFF-PETITIONER, v. HAR-
RINGTON HEIGHTS, INC., DEFENDANT-RESPONDENT.

See same case below: 33 *N. J. Super.* 178.

*Mr. James A. Major* for the petitioner.

*Mr. Warren Dixon, Jr.,* for the respondent.

February 28, 1955.   Granted.

ARCHIE BARBER, PLAINTIFF-RESPONDENT, v. ARTHUR
A. VACCARO, DEFENDANT-PETITIONER.

See same case below: 32 *N. J. Super.* 573.

*Messrs. Shaw, Hughes & Pindar* for the petitioner.

*Messrs. Warren & Stein* for the respondent.

February 28, 1955.   Denied.